UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | )
|---|---|
| ELECTRONIC ENVIRONMENTS CORPORATION, | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO.: |
| v. | ) |
| JAMES M. EMMING, | ) |
| Defendant. | ) **05 11093 NG** |

## NOTICE OF APPEARANCE

Please enter our appearance as attorneys for the Defendant, James M. Emming in the above-entitled action.

JAMES M. EMMING
By his attorneys,

*[signature]*

Gary M. Feldman
BBO #162070
**DAVIS, MALM & D'AGOSTINE, P.C.**
One Boston Place
Boston, MA  02108
(617) 367-2500

Dated: May 25, 2005

I HEREBY CERTIFY THAT A COPY OF THE ABOVE
DOCUMENT WAS SERVED UPON THE ATTORNEY
OF RECORD FOR EACH PARTY BY
MAIL/HAND ON  5-10-05

368292v.1