UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

05-11093 NG

ELECTRONIC ENVIRONMENTS CORPORATION, )
)
Plaintiff, )
) CIVIL ACTION NO.:
v. )
)
JAMES M. EMMING, )
)
Defendant. )
)

## MOTION FOR ADMISSION PRO HAC VICE

NOW COMES the Defendant, James M. Emming, by his attorneys, Davis, Malm & D'Agostine, P.C., by Gary M. Feldman, and pursuant to the provisions of Local Rule 83.5.3 moves the Court for an order admitting Attorney Lori M. Lubinsky *pro hac* vice.

1. Attorney Gary M. Feldman is licensed to practice law in the Commonwealth of Massachusetts and is admitted to practice before the United States District Court for the District of Massachusetts.

2. Attorney Lori M. Lubinsky is an attorney at the law firm of Axley Brynelson, LLP, and her office address and telephone number are: 2 East Mifflin Street, Suite 200, Madison, Wisconsin 53703; telephone: (608) 257-5661; facsimile: (608) 257-5444. Attorney Lubinsky is a member in good standing of the Bar of the State of Wisconsin; she is also admitted to practice before the Court of Appeals for the Seventh Circuit and the United Stated District Courts for the Eastern and Western Districts of Wisconsin.

3. The law firm of Axley Brynelson, LLP, by Lori M. Lubinsky, has been retained to represent Defendant James M. Emming in this matter. The law firm of Davis, Malm &

D'Agostine, P.C., by Gary M. Feldman, has been retained as local counsel of behalf of Defendant James M. Emming in this matter.

4.  Attached hereto is an original Certificate of Good Standing on behalf of Attorney Lori M. Lubinsky from the United States District Court for the Western District of Wisconsin.

5.  The Certification of Lori M. Lubinsky for Pro Hac Vice Admission is filed herewith.

WHEREFORE, the undersigned respectfully moves the Court for admission *pro hac vice* of Attorney Lori M. Lubinsky.

>JAMES M. EMMING
>By his attorneys,
>
>_(signature)_
>Gary M. Feldman
>BBO #162070
>**DAVIS, MALM & D'AGOSTINE, P.C.**
>One Boston Place
>Boston, MA 02108
>(617) 367-2500

Dated: May 25, 2005

I HEREBY CERTIFY THAT A COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH PARTY BY (MAIL) HAND ON _(signature)_

2

368292v.1

# Certificate of Good Standing

United States of America  } §
Western District of Wisconsin

I, Theresa M. Owens, Clerk of the United States District Court for the Western District of Wisconsin,

**DO HEREBY CERTIFY** that Lori M. Lubinsky was duly admitted to practice in said court on August 14, 1997, and is in good standing in said court.

Dated at MADISON, WI

May 23, 2005

Theresa M. Owens, Clerk

By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELECTRONIC ENVIRONMENTS CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JAMES M. EMMING, )<br>)<br>Defendant. )<br>) | CIVIL ACTION NO.:<br><br>05 11093 NG |

**CERTIFICATION OF LORI M. LUBINSKY FOR PRO HAC VICE ADMISSION**

I, Lori M. Lubinsky, Esq., pursuant to the provisions of Local Rule 83.5.3 hereby certify:

1. I am an attorney at the law firm of Axley Brynelson, LLP, 2 East Mifflin Street, Suite 200, Madison, Wisconsin 53703; telephone: (608) 257-5661; facsimile: (608) 257-5444.

2. I am a member in good standing of the bar of every jurisdiction where I have been admitted to practice, including the State of Wisconsin, the Court of Appeals for the Seventh Circuit and the United Stated District Courts for the Eastern and Western Districts of Wisconsin.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. My application for leave to practice in this court is on the motion of Gary M. Feldman, Esq., Davis, Malm & D'Agostine, P.C., who has been retained as local counsel on behalf of Defendant James M. Emming in this matter.

368459v.1

Signed under the pains and penalties of perjury this 25th day of May 2005.

*[signature]*

Lori M. Lubinsky, Esq.
Axley Brynelson, LLP
2 East Mifflin Street, Suite 200
Madison, Wisconsin 53703

I HEREBY CERTIFY THAT A COPY OF THE ABOVE
DOCUMENT WAS SERVED UPON THE ATTORNEY
OF RECORD FOR EACH PARTY BY
MAIL/HAND ON *[signature]*

2