UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.:05-11093NG

| | |
|---|---|
| ELECTRONIC ENVIRONMENTS CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JAMES M. EMMING, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2005 I caused to be served the Answer To Verified Complaint upon the follow individual:

> Leo S. McNamara, Esq.
> McNamara & Flynn, P.A.
> 84 State Street, 9th Floor
> Boston, MA  02109

by causing the same to be served via electronic means through electronic filing with the Clerk of the District Court using the CM/ECF system.

                                                   /s/ Gary M. Feldman
                                                   Gary M. Feldman