

## AXLEY BRYNELSON, LLP
ATTORNEYS SINCE 1885

E-MAIL: llubinsky@axley.com
DIRECT DIAL: (608) 283-6752

July 13, 2005

**RECEIVED**
Judge Alexander's Chambers
JUL 14 2005

**Via Federal Express**
Honorable Joyce London Alexander
United States Magistrate Judge
1 Courthouse Way, Suite 2300
Boston, MA 02210

RE: Electronic Environments Corporation v. James M. Emming
Case No. 05 11093 NG
Our File: 9058.57032

Dear Magistrate Judge Alexander:

I am in receipt of the Court's Notice of Scheduling Conference setting this matter for a Rule 26 scheduling conference on July 27, 2005. I have been admitted pro hac vice in this matter and am counsel for the Defendant. I am writing to request your permission to appear by telephone on behalf of the Defendant at the scheduling conference. I will comply with any instructions you have regarding my telephone appearance.

Thank you for your consideration.

Sincerely,

AXLEY BRYNELSON, LLP

Lori M. Lubinsky

LML:kjb
cc: Mr. Leo S. McNamara
    Mr. Gary Feldman

MANCHESTER PLACE - SUITE 200   ■   2 EAST MIFFLIN STREET   ■   MADISON, WI 53703
(608) 257-5661   ■   (800) 368-5661   ■   Fax: (608) 257-5444
Mailing Address: Post Office Box 1767, Madison, WI 53701-1767
www.axley.com