UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELECTRONIC ENVIRONMENTS CORPORATION,)<br>    Plaintiff  )<br>    )<br>v.  )<br>  )<br>JAMES M. EMMING,  )<br>    Defendant  )<br>  )  | ) **Civil Action No. 05-11093 NG** |

**INITIAL DISCLOSURE STATEMENT OF PLAINTIFF
ELECTRONIC ENVIRONMENTS CORPORATION
<u>PURSUANT TO FED. R. CIV. P. 26 (a)(1)</u>**

I.  <u>Individuals Likely to Have Discoverable Information</u>

    a)    Kenneth Rapoport, CEO
           Electronic Environments Corporation
           410 Forest Street
           Marlborough, MA 01752

    b)    Michael Kinglsey, President
           Electronic Environments Corporation
           410 Forest Street
           Marlborough, MA 01752

    c)    James Peltier
           Electronics Environments Corporation
           410 Forest Street
           Marlborough, MA 01752

    d)    Patricia Keville, Project Manager
           Electronic Environments Corporation
           410 Forest Street
           Marlborough, MA 01752

    e)    Eugene McNeil, Mid-Atlantic Regional Manager
           Electronic Environments Donts Corporation

        410 Forest Street
        Marlborough, MA 01752

f)    James Emming
        114 Vauxhall Street
        New London, CT 06320

g)    Peter Drumm, General Manager
        JT Packard & Associates, Inc.
        275 Investment Court
        Verona, WI 53592

II.    <u>Relevant Documents</u>

a)    Non-Competition and Confidentiality Agreement between Electronic Environments Corporation ( EEC ) and James Emming ( Emming ) dated June 7, 1999 in consideration for Emming s continued employment as an at-will employee at EEC;

b)    EEC Employee Handbook;

c)    Documents relating to Emming s employment with JT Packard & Associates ( JT Packard ), including but not limited to, offers of employment, contracts for employment, signing bonuses and incentive agreements and related communications between Emming and JT Packard;

d)    Mutual Confidentiality Agreement between EEC and JT Packard dated May 14, 2004.

III.    <u>Damages</u>

Plaintiff seeks injunctive relief. Damages are not ascertainable at this time.

IV.    <u>Insurance</u>

No known insurance applicable to Plaintiff s claim.

                                      ELECTRONIC ENVIRONMENTS
                                      CORPORATION
                                      By its Attorney,


                                      /s/ Leo S. McNamara
                                      Leo S. McNamara, Esq.
                                      BBO # 339380
                                      McNAMARA & FLYNN, P.A.
                                      84 State Street, 9th Floor
                                      Boston, MA 02109
                                      (617) 723-3344

Dated: September 2, 2005