UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELECTRONIC ENVIRONMENTS CORPORATION,)<br>    Plaintiff             )<br>                                )<br>v.                              )<br>                                )<br>JAMES M. EMMING,                )<br>    Defendant            )<br>                                ) | **Civil Civil Action No. 05-11093 NG** |

**CERTIFICATE OF SERVICE**

I,I, Leo S. McNamara, Esq., hereby certify that I have this daI, Leo S. McNamara, Esq., hereby JamesJames M. EmmingJames M. Emming with copiesJames M. Emming with copies of the  Verified Mc CorporationCorporation to FileCorporation to File Its Responses to  Defendant s First Request to Admit  Memorandum  Memorandum of Plaintiff Electronic Environmen  Memorandum of Plaintiff Electronic MotionMotion toMotion to File Responses to Requests for Admissions Out of Time by causing copiesM served by prepaid first class mail upon Lori M. Lubinsky, Esq., Axley Brynelson, LLP 2 East Mifflin Street, Suite 200, Madison, Wisconsin 53703 on October 21, 2005.

SignedSigned bySigned by me this 21st day of October, 2005 under the pains and day of October, 2

ELECTRONIC ENVIRONMENTS
CORPORATION
By its Attorney,


       /s/ Leo S. McNamara
Leo S. McNamara, Esq.
BBO # 339380
McNAMARA & FLYNN, P.A.
84 State Street, 9th Floor
Boston, MA 02109
(617) 723-3344