UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELECTRONIC ENVIRONMENTS CORPORATION, )<br>　　　　Plaintiff　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　　)<br>v.　　　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　　)<br>JAMES M. EMMING,　　　　　　　　　　　)<br>　　　　Defendant　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　　) | **Civil Action No. 05-11093 NG** |

### CERTIFICATE OF SERVICE

I, Leo S. McNamara, Esq., hereby certify that I have this day served the defendant James M. Emming with copies of the Plaintiff Electronic Environments Corporation's Motion For a Preliminary Injunction, Plaintiff Electronic Environments Corporation's Memorandum of Law in Support of Its Motion For a Preliminary Injunction and Affidavit of Kenneth A. Rapoport and by causing copies to be served by prepaid Federal Express courier upon Lori M. Lubinsky, Esq., Axley Brynelson, LLP, 2 East Mifflin Street, Suite 200, Madison, Wisconsin 53703 on October 28, 2005.

Signed by me this 28th day of October, 2005 under the pains and penalties of perjury.

ELECTRONIC ENVIRONMENTS
CORPORATION
By its Attorney,

　/s/ Leo S. McNamara
Leo S. McNamara, Esq.
BBO # 339380
McNAMARA & FLYNN, P.A.
84 State Street, 9th Floor
Boston, MA 02109
(617) 723-3344