UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ELECTRONIC ENVIRONMENTS CORPORATION,

       Plaintiff,

v.

       Case No. 05-11093 NG

JAMES M. EMMING,

       Defendant.

**DEFENDANT'S EMERGENCY MOTION TO EXTEND THE TIME
FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S
MOTION FOR PRELIMINARY INJUNCTION**

      NOW COMES the Defendant, James M. Emming, by his undersigned attorneys, and hereby moves the Court, at a date and time to be set by the Court, for an Order extending Defendant's deadline to file a brief and supporting affidavits opposing Plaintiff's Motion for Preliminary Injunction until fourteen days after the latter of any of the following: (1) the Court decides Plaintiff's Motion to File Responses to Requests for Admission Out of Time; (2) Defendant completes necessary discovery, including review of documents yet to be produced by Plaintiff and completion of all necessary depositions; and (3) Plaintiff complies with the Magistrate Judge's order requiring the parties to have a serious and substantive discussion about potential resolution of this case.

      The grounds for this Motion are set forth more fully in the Affidavit of Lori M. Lubinsky.

-2-

Dated this 31st day of October, 2005.

                                      DAVIS, MALM & D'ANGOSTINE, P.C.


                                      */s/ Gary M. Feldman*_____
                                      Gary M. Feldman
                                      Attorneys for Defendant
                                      One Boston Place
                                      Boston, MA  02108

                                      AXLEY BRYNELSON, LLP
                                      Lori M. Lubinsky
                                      Attorneys for Defendant
                                      2 East Mifflin Street, Suite 200 (53703)
                                      Post Office Box 1767
                                      Madison, WI  53701-1767
                                      (608) 283-6752

F:\EAFDATA\9058\57032\00127710.DOC