UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ELECTRONIC ENVIRONMENTS CORPORATION,)
        Plaintiff                 )
                                 )
v.                               )     **Civil Action No. 05-11093 NG**
                                 )
JAMES M. EMMING,              )
        Defendant            )
                                 )

### PLAINTIFF ELECTRONIC ENVIRONMENTS CORPORATION'S MOTION FOR LEAVE TO FILE REPLY AFFIDAVITS

       Plaintiff, Electronic Environments Corporation ("EEC") moves for leave to file the enclosed Supplemental Affidavit of Kenneth A. Rapoport and the Affidavit of James Peltier in reply to the Affidavit of James M. Emming ("Emming Affidavit") dated December 1, 2005.  EEC assigns as its reasons therefor that the Emming Affidavit, filed in opposition to EEC's Motion for a Preliminary Injunction, makes assertions of facts which according to the enclosed Affidavits, are not true or accurate.

                                   ELECTRONIC ENVIRONMENTS
                                   CORPORATION
                                   By its Attorney,


                                 __/s/ Leo S. McNamara_____
                                 Leo S. McNamara, Esq.
                                 BBO # 339380
                                 McNAMARA & FLYNN, P.A.
                                 84 State Street, 9th Floor
                                 Boston, MA 02109
Dated:  December 20, 2005           (617) 723-3344