UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELECTRONIC ENVIRONMENTS CORPORATION,)<br>      Plaintiff                         )<br>                                        )<br>v.                                         )<br>                                        )<br>JAMES M. EMMING,            )<br>      Defendant                    )<br>                                        ) | **Civil Action No. 05-11093 NG** |

**AFFIDAVIT OF JAMES PELTIER**

I, James Peltier depose and say as follows:

1.  I am the Field Service Manager for Electronic Environments Corporation.

2.  The representations contained in paragraph 26 of the December 1, 2005 Affidavit of James E. Emming are false. I never made the statements attributed to me by Mr. Emming, nor did I ever give Mr. Rapoport any other company's customer list.

Signed by me on this ___th day of December 2005 under the pains and penalties of perjury.

                                                    /s/ James Peltier
                                                    James Peltier
                                                    Electronic Environments Corporation

COMMONWEALTH OF MASSACHUSETTS

Norfolk County                                              December 21, 2005

    Signed before me on this 21 $^{th}$ day of December 2005 under the pains and penalties of perjury.


                                                                   /s/ James Lundrigan
                                                                  Notary Public
                                                                  My commission expires: 11/26/10