UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELECTRONIC ENVIRONMENTS CORPORATION,)<br>Plaintiff )<br>)<br>v. )<br>)<br>JAMES M. EMMING, )<br>Defendant )<br>) | Civil Action No. 05-11093 NG |

### CERTIFICATE OF SERVICE

I, Leo S. McNamara, Esq., hereby certify that I have this day served the defendant, James M. Emming with copies of the Plaintiff, Electronic Environments Corporations's Motion for Leave to File Reply Affidavits; Supplementary Affidavit of Kenneth A. Rapoport; and Affidavit of James Peltier, via Federal Express, to Lori M. Lubinsky, Axley Brynelson, LLP, 2 East Mifflin Street, Suite 200, Madison, Wisconsin 53703 on December 20, 2005.

ELECTRONIC ENVIRONMENTS
CORPORATION
By its Attorney,


   /s/ Leo S. McNamara
Leo S. McNamara, Esq.
BBO # 339380
McNAMARA & FLYNN, P.A.
84 State Street, 9th Floor
Boston, MA 02109
Dated:  December 20, 2005          (617) 723-3344