UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELECTRONIC ENVIRONMENTS CORPORATION,)<br>Plaintiff )<br>)<br>v. )<br>)<br>JAMES M. EMMING, )<br>Defendant )<br>) | **Civil Action No. 05-11093 NG** |

**STIPULATION OF DISMISSAL**

The parties hereto by their respective counsel of record hereby stipulate to dismissal of this action with prejudice and without cost to either party.

| | |
|---|---|
| ELECTRONIC ENVIRONMENTS<br>  CORPORATION<br>By its Attorney, | JAMES M. EMMING<br>By his Attorney, |
| /s/ Leo S. McNamara<br>Leo S. McNamara, Esq.<br>McNAMARA & FLYNN, P.A.<br>84 State Street, 9th Floor<br>Boston, MA 02109<br>(617) 723-3344 | /s/ Lori M. Lubinsky<br>Lori M. Lubinsky, Esq.<br>ALEXY BRYNELSON, LLP<br>2 East Mifflin Street, Suite 200<br>Madison, Wisconsin 53703<br>(608) 257-5661 |

March 27, 2006